IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex. rel. GILBERTO GONZALEZ, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | No. 13 C 314 |
| MICHAEL ATCHISON, Warden, | ) ) | |
| Respondent. | ) | |

## MEMORANDUM ORDER

Counsel for respondent Warden Michael Atchison in this Section 2254 habeas case has requested a 30-day extension of the March 25 due date to file the response to Gilberto Gonzalez' pro se Petition. This Court grants that motion, which is grounded in the asserted need by the Illinois Attorney General's office to assemble the documents required to address the question of the Petition's timeliness or untimeliness, an issue posed by this Court's January 17 and February 20, 2013 opinions. This memorandum order is occasioned by the hope that no further extensions will be needed, so that if the Petition survives scrutiny as to its timeliness this Court can promptly turn to the merits of Gonzalez' claims.

_____
Milton I. Shadur
Senior United States District Judge

Date: April 1, 2013