```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF ILLINOIS
                     EASTERN DIVISION
```

UNITED STATES OF AMERICA         )
ex rel. GILBERTO GONZALEZ        )
#K69916,                         )
                                 )
            Petitioner,          )
                                 )
    v.                           )    No.  13 C 314
                                 )    (USCA No. 13-2415)
RICK HARRINGTON, Warden,         )
                                 )
            Respondent.          )

<u>MEMORANDUM ORDER</u>

Because pro se filings by prisoners are often limited to an original of the document, with no chambers copy provided for the judge assigned to the case, and because the Clerk's Office no longer follows its long-standing practice of preparing and delivering a Judge's copy of such filings to chambers, the judge assigned to the case is often simply unaware of the filing. That is particularly so where a pro se plaintiff does not notice up a motion for presentment as court rules require.

That is the situation here, where it took a printout of all motions listed as "pending" in cases assigned to this Court's calendar to turn up a late June filing by Gilberto Gonzalez ("Gonzalez") that he captioned "Motion for Docket Sheet and Documents for Record on Appeal." This Court hastens to order the Clerk's Office to prepare and transmit to Gonzalez a copy of the

docket sheet for the case.[1]  As for the balance of Gonzalez' requests, the designation of which documents are to be transmitted to the Court of Appeals as the record on appeal must be made by Gonzalez himself.

_____
Milton I. Shadur
Senior United States District Judge

Date:  August 13, 2013

---

[1]  Gonzalez lists this as his address:

> Gilberto Gonzalez
> Reg. No. K69916
> Menard Correctional Center
> P.O. Box 1000
> Menard IL 62259