**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. ) <br> **GILBERTO GONZALEZ, #K69916**, ) <br> ) <br>                 Petitioner, ) <br> ) <br> v. ) <br> ) <br> **MICHAEL ATCHISON**, ) <br> ) <br>                 Respondent. ) | Case No. 13 C 314 <br> (Ct. of App. No. 13-2415) |

## MEMORANDUM ORDER

Prisoner Gilberto Gonzalez ("Gonzalez") has filed a "motion to compel compliance with the District Court Order" (Dkt. 74). For the reasons briefly recounted here, this Court grants the motion.

On April 23, 2014 this Court had entered a memorandum order ("Order") ruling that petitioner Gonzalez was not required to pay $455 in appellate docketing fees in connection with his appeal from this Court's denial of his 28 U.S.C. § 2254 habeas corpus petition. But Menard Correctional Center, where Gonzalez is serving his prison sentence, has failed to comply with the Order. In addition, due to administrative oversight the Order was apparently not transmitted to this District Court's Fiscal Department. Accordingly:

1. This Court again orders Menard Correctional Center to discontinue taking monthly deductions from Gonzalez's trust account there.

2. This District Court's Clerk's Office is ordered (a) to refund $455 to Gonzalez, (b) to mail a copy of this memorandum order to the trust fund office at Menard Correctional Center and (c) to forward a copy of this

memorandum order to the District Court's Fiscal Department so it may

implement the $455 refund.

                                                                                _____
                                                                                Milton I. Shadur
                                                                                Senior United States District Judge

Date:  October 22, 2014